UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALBERT LEE DAVIS, SR. | CIVIL ACTION  NO. 11-CV-356 |
| VERSUS | JUDGE TUCKER MELANÇON |
| BRENDA DUCOTE, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Plaintiff Albert Lee Davis, Sr. was ordered to appear before United States Magistrate Judge Patrick J. Hanna to show cause why his claims should not be dismissed pursuant to provisions of  Fed. R. Civ. P. 41, for his failure to comply with the rules of the court.  *R.* 28-29.  At the hearing, on July 25, 2012, the matter was called for hearing; Mr. Davis was not present in court.   The magistrate's Report and Recommendation followed.  *R.* 31.

After an independent review of the record, and noting the absence of any objections, the Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is therefore

**ORDERED** that  the claims of Albert Davis be dismissed, without prejudice, for his failure to comply with the rules of the court, the terms of the Court's Scheduling Order and to prosecute his case.

Signed at Lafayette, Louisiana, this 14th day of August, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

Copy sent:  PJH
On:  8-14-2012
By:  MBD